HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA FRALIC,<br><br>              Plaintiff,<br><br>      vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign corporation,<br><br>              Defendant. | Case No.:  2:21-CV-01359 TL<br><br>ORDER |

    Based on the stipulation of the parties (Dkt. No. 9), and good cause having been shown, it is hereby:

    ORDERED that Plaintiff may file her Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiff shall file her Amended Complaint **within seven (7) days of this Order**.

    Further, as Plaintiff has filed a Notice to Withdraw Pending Motion to Amend Complaint (Dkt. No. 10), the original Motion to Amend Complaint (Dkt. No. 4) is moot.

ORDER – 1

IT IS SO ORDERED.

DATED this 21st day of January 2022.

                                                  Tana Lin
                                                  United States District Judge

ORDER – 2