UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICIA FRALIC, | CASE NO. 2:21-cv-01359-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Parties have notified the Court that the case has been resolved through a successful mediation (Dkt. No. 26).

(2) Accordingly, any pending motions and any pending deadlines in this case, including the trial date, are hereby STRICKEN.

MINUTE ORDER - 1

(3) The Parties have **thirty (30) days** from the date of this Order to file a Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss the case. Absent such action, the Court will dismiss the case without prejudice with leave for any Party to reopen the case within 60 days of the dismissal if needed.

Dated this 31st day of May 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk