HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA FRALIC,<br><br>    Plaintiff,<br><br>    vs.<br><br>HARTFORD LIFE INSURANCE COMPANY, a foreign company; AETNA LIFE INSURANCE COMPANY, a foreign corporation,<br><br>    Defendants. | Case No.: 2:21-CV-01359 TL<br><br>ORDER OF DISMISSAL |

BASED ON THE STIPULATION OF THE PARTIES (Dkt. No. 28), it is hereby

ORDERED that the above-captioned matter is DISMISSED with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 17th day of June 2022.

*/s/ Tana Lin*
Tana Lin
United States District Judge

ORDER OF DISMISSAL – 1